# In the United States Court of Federal Claims

No. 20-771L
(Filed August 23, 2021)
NOT FOR PUBLICATION

```
* * * * * * * * * * * * * * * * *
                                *
                                *
                                *
AYINDE MOHN,                    *
                                *
                Plaintiff,      *
                                *
    v.                          *
                                *
THE UNITED STATES,              *
                                *
                Defendant.      *
                                *
* * * * * * * * * * * * * * * * *
```

## ORDER

On August 18, 2021, plaintiff filed a motion in this case seeking a default judgment against the Cherokee Nation of Oklahoma. *See* ECF No. 14. That entity, however, was not named as a defendant in this case, *see* Compl., ECF No. 1, but was identified as a defendant in another case Mr. Mohn has filed in this court, *see* Compl., *Mohn v. United States*, No. 21-922L (Fed. Cl. Feb. 12, 2021), ECF No. 1. As his motion was filed in both cases, the Court assumes Mr. Mohn inadvertently filed it in the above-captioned case. In any event, even if the Cherokee Nation of Oklahoma were a named defendant, the requested relief would not be proper, as this court lacks jurisdiction over parties other than the United States. *See* 28 U.S.C. § 1491; *United States v. Sherwood*, 312 U.S. 584, 588, (1941); *Ambase Corp. v. United States,* 61 Fed. Cl. 794, 796 (2004). Accordingly, Mr. Mohn's motion is **DENIED**.

**IT IS SO ORDERED.**

*[signature]*
VICTOR J. WOLSKI
Senior Judge